**Opinion filed August 21, 2025**



In The

# Eleventh Court of Appeals

_____

## No. 11-25-00048-CV

_____

## IN THE MATTER OF C.T., A JUVENILE

**On Appeal from the County Court at Law**
**Midland County, Texas**
**Trial Court Cause No. J07277**

### M E M O R A N D U M   O P I N I O N

This is an appeal from the trial court's order transferring Appellant, a juvenile, to the Institutional Division of the Texas Department of Criminal Justice (TDCJ) following a transfer/release hearing. *See* TEX. FAM. CODE ANN. 54.11 (West 2022). Appellant's counsel previously filed a motion to abate the appeal because Appellant had "indicated that he [did] not wish to prosecute this appeal." We abated the appeal for the trial court to conduct a hearing on the matter.

At the hearing, Appellant's counsel confirmed with Appellant that they had previously discussed his desires regarding this appeal and "the different options" available to him. The trial court admonished Appellant about his appellate rights

and Appellant confirmed that he understood his rights and the possible consequences of waiving them. *See* FAM. § 51.09. Appellant confirmed that he "[did] not wish to appeal" his transfer to TDCJ and that it was his "wish to have [the appeal] dismissed." The trial court signed an order memorializing its findings that Appellant did, in fact, not intend to pursue the appeal and instead wanted it dismissed.

Appellant has now filed a motion to voluntarily dismiss the appeal, wherein he again states that he does not intend to prosecute this appeal and states that he has waived his right to appeal. *See id.*; TEX. R. APP. P. 42.1(a)(1). We conclude that the sworn testimony from the hearing, the trial court's findings, and Appellant's motion to dismiss demonstrates that Appellant has waived his right to appeal in accordance with Section 51.09 of the Texas Family Code. *See* FAM. § 51.09.

We grant Appellant's motion and dismiss this appeal.


W. STACY TROTTER
JUSTICE


August 21, 2025

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.